B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Greencook Services, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **46-0701631** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **4530 Conference Way South** **Boca Raton, FL** ZIP Code **33431** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **220 South Complex Dr. Kalispell, MT 59901** | |

## Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Chapter 11 Debtors

## Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Greencook Services, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: TLO, LLC | Case Number: | Date Filed: 5/09/13 |
| District: Southn District of Florida | Relationship: Affiliate | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Greencook Services, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Robert C. Furr**
Signature of Attorney for Debtor(s)

**Robert C. Furr 210854**
Printed Name of Attorney for Debtor(s)

**Furr & Cohen**
Firm Name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**
Address

**561-395-0500  Fax: 561-338-7532**
Telephone Number

**May  9, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Desiree Asher**
Signature of Authorized Individual

**Desiree Asher**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**May  9, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Greencook Services, LLC**                                              Case No.
                                            Debtor(s)                           Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accurint** <br> **Lexis Nexis** <br> **Philadelphia, PA 19170-6157** | **Accurint** <br> **Lexis Nexis** <br> **Philadelphia, PA 19170-6157** | **Lex Nexis Product** | | 35,277.29 |
| **Alliance Funding Group** <br> **3745 W. Chapman Av. #200** <br> **Orange, CA 92868** | **Alliance Funding Group** <br> **3745 W. Chapman Av. #200** <br> **Orange, CA 92868** | **Equipment lease** | | 860.11 |
| **Axosoft, LLC** <br> **138335 N. Northsight Blvd. #205** <br> **Scottsdale, AZ 85260** | **Axosoft, LLC** <br> **138335 N. Northsight Blvd. #205** <br> **Scottsdale, AZ 85260** | **Ontime services** | | 932.50 |
| **Bresnan Communications** <br> **PO Box 650364** <br> **Dallas, TX 75265-0364** | **Bresnan Communications** <br> **PO Box 650364** <br> **Dallas, TX 75265-0364** | **Internet** | | 7,004.95 |
| **Brocade Capital Solutions** <br> **PO Box 74713** <br> **Cleveland, OH 44194-4713** | **Brocade Capital Solutions** <br> **PO Box 74713** <br> **Cleveland, OH 44194-4713** | **Equipment lease** | | 7,233.89 |
| **Centurylink** <br> **PO Box 4300** <br> **Carol Stream, IL 60197-4300** | **Centurylink** <br> **PO Box 4300** <br> **Carol Stream, IL 60197-4300** | **Phone/internet** | | 3,698.97 |
| **Citrix Online, LLC** <br> **File 50264** <br> **Los Angeles, CA 90074-0264** | **Citrix Online, LLC** <br> **File 50264** <br> **Los Angeles, CA 90074-0264** | **Online demos** | | 902.98 |
| **Dell Financial Services Payment Processing Services** <br> **Carol Stream, IL 60197-5292** | **Dell Financial Services Payment Processing Services** <br> **Carol Stream, IL 60197-5292** | **Equipment leases** | | 3,050.43 |
| **Experian** <br> **PO Box 881971** <br> **Los Angeles, CA 90088-1971** | **Experian** <br> **PO Box 881971** <br> **Los Angeles, CA 90088-1971** | **VPOE Batches/Locate** | | 3,954.68 |
| **Experian Data Corporation** <br> **PO Box 886133** <br> **Los Angeles, CA 90088-6133** | **Experian Data Corporation** <br> **PO Box 886133** <br> **Los Angeles, CA 90088-6133** | **Sex Offender File** | | 1,500.00 |
| **Flathead Electric Coop., Inc.** <br> **2510 Hwy. 2 East** <br> **Kalispell, MT 59901** | **Flathead Electric Coop., Inc.** <br> **2510 Hwy. 2 East** <br> **Kalispell, MT 59901** | **Utilities** | | 4,288.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Greencook Services, LLC**                                  Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Grizzly Security Armored Express, Inc.** PO Box 1682 Kalispell, MT 59903-1682 | Grizzly Security Armored Express, Inc. PO Box 1682 Kalispell, MT 59903-1682 | Building Security | | 884.00 |
| **LC Staffing** PO Box 1736 Kalispell, MT 59903 | LC Staffing PO Box 1736 Kalispell, MT 59903 | Temp position | | 1,690.14 |
| **LexisNexis Risk Data Management** Account #1485104 Philadelphia, PA 19170-6157 | LexisNexis Risk Data Management Account #1485104 Philadelphia, PA 19170-6157 | Monthly/Accurint | | 22,262.96 |
| **Montana Digital** 102 Main St. Kalispell, MT 59903-0609 | Montana Digital 102 Main St. Kalispell, MT 59903-0609 | Internet | | 5,905.00 |
| **Nighthawk Investigations** PO Box 852968 Mesquite, TX 75185 | Nighthawk Investigations PO Box 852968 Mesquite, TX 75185 | Data Provider/Locate | | 10,664.03 |
| **Pia R. Eaves** E-C Clean Janitorial Kalispell, MT 59901 | Pia R. Eaves E-C Clean Janitorial Kalispell, MT 59901 | Janitorial | | 1,832.00 |
| **VAR Resources, Inc.** PO Box 6434 Carol Stream, IL 60197-6434 | VAR Resources, Inc. PO Box 6434 Carol Stream, IL 60197-6434 | Lease equipment | | 5,564.16 |
| **Verizon Wireless** PO Box 4001 Inglewood, CA 90313-4001 | Verizon Wireless PO Box 4001 Inglewood, CA 90313-4001 | Company cell phones | | 895.40 |
| **Western Equipment Finance** PO Box 640 Devils Lake, ND 58301-0640 | Western Equipment Finance PO Box 640 Devils Lake, ND 58301-0640 | Equipment lease | | 1,002.96 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 9, 2013**                        Signature  **/s/ Desiree Asher**
                                                        **Desiree Asher**
                                                        **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                            18 U.S.C. §§ 152 and 3571.

220 South Complex Drive, LLC
Charles M. O'Leary, Wilking Inv. Svcs.
c/o Bankers Investment Services, LLC
16325 Boones Ferry Rd #200
Lake Oswego, OR 97035


Accurint
Lexis Nexis
Philadelphia, PA 19170-6157


Alliance Funding Group
3745 W. Chapman Av. #200
Orange, CA 92868


Anders Busienss Solutions
1525 S. Russell St.
Missoula, MT 59801


Axosoft, LLC
138335 N. Northsight Blvd. #205
Scottsdale, AZ 85260


Bresnan Communications
PO Box 650364
Dallas, TX 75265-0364


Brocade Capital Solutions
PO Box 74713
Cleveland, OH 44194-4713


Centurylink
PO Box 4300
Carol Stream, IL 60197-4300


Citrix Online, LLC
File 50264
Los Angeles, CA 90074-0264


Clearly Communications
PO Box 77706
San Francisco, CA 94107


County of Contra Costa
30 Douglas Dr
Martinez, CA 94553

```
Dell Financial Services
Payment Processing Services
Carol Stream, IL 60197-5292


Evergreen Disposal
55 W. Valley Dr.
Kalispell, MT 59901


Experian
PO Box 881971
Los Angeles, CA 90088-1971


Experian Data Corporation
PO Box 886133
Los Angeles, CA 90088-6133


Federal Express
PO Box 94515
Palatine, IL 60094-4515


Flathead Electric Coop., Inc.
2510 Hwy. 2 East
Kalispell, MT 59901


Grizzly Security Armored Express, Inc.
PO Box 1682
Kalispell, MT 59903-1682


LC Staffing
PO Box 1736
Kalispell, MT 59903


LexisNexis Risk Data Management
Account #1485104
Philadelphia, PA 19170-6157


Michael Dores
600 Wolf Creek Dr
Bigfork, MT 59911


Minnesota Dept. of Revenue
PO Box 64649
Saint Paul, MN 55164-0649
```

Montana Digital
102 Main St.
Kalispell, MT 59903-0609


NACM Inland Northwest
PO Box 2606
Spokane, WA 99220


Nighthawk Investigations
PO Box 852968
Mesquite, TX 75185


Northwestern Energy
Butte, MT 59707-0001


Pia R. Eaves
E-C Clean Janitorial
Kalispell, MT 59901


Reed Darrow
Ranger Storage
Kalispell, MT 59901


Spirit Document Services, Inc.
2652 Mission Trail
Kalispell, MT 59903


State Fund of Montana
PO Box 31477
Billings, MT 59107-1477


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


VAR Resources, Inc.
PO Box 6434
Carol Stream, IL 60197-6434


Verizon Wireless
PO Box 4001
Inglewood, CA 90313-4001

```
Western Equipment Finance
PO Box 640
Devils Lake, ND 58301-0640
```