B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Greencook Services, LLC**             Case No. **13-20846**
                                                 Debtor(s)             Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ACA International<br>PO Box 390106<br>Minneapolis, MN 55439-0106 | ACA International<br>PO Box 390106<br>Minneapolis, MN 55439-0106 | Advertising | | 5,120.50 |
| Accurint<br>Lexis Nexis<br>PO Box 7247-6157<br>Philadelphia, PA 19170-6157 | Accurint<br>Lexis Nexis<br>PO Box 7247-6157<br>Philadelphia, PA 19170-6157 | Lex Nexis Product | | 35,277.29 |
| Axosoft, LLC<br>138335 N. Northsight Blvd. #205<br>Scottsdale, AZ 85260 | Axosoft, LLC<br>138335 N. Northsight Blvd. #205<br>Scottsdale, AZ 85260 | Ontime services | | 932.50 |
| Bresnan Communications<br>PO Box 650364<br>Dallas, TX 75265-0364 | Bresnan Communications<br>PO Box 650364<br>Dallas, TX 75265-0364 | Internet | | 7,004.95 |
| Centurylink<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | Centurylink<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | Phone/internet | | 3,698.97 |
| Citrix Online, LLC<br>File 50264<br>Los Angeles, CA 90074-0264 | Citrix Online, LLC<br>File 50264<br>Los Angeles, CA 90074-0264 | Online demos | | 902.98 |
| Clearfly Communications<br>PO Box 77706<br>San Francisco, CA 94107 | Clearfly Communications<br>PO Box 77706<br>San Francisco, CA 94107 | Telephone | | 741.24 |
| Collection Advisor, LLC<br>400 Ginger Ct<br>Southlake, TX 76092 | Collection Advisor, LLC<br>400 Ginger Ct<br>Southlake, TX 76092 | Advertising | | 55,742.50 |
| Experian<br>PO Box 881971<br>Los Angeles, CA 90088-1971 | Experian<br>PO Box 881971<br>Los Angeles, CA 90088-1971 | VPOE Batches/Locate | | 3,954.68 |
| Experian Data Corporation<br>PO Box 886133<br>Los Angeles, CA 90088-6133 | Experian Data Corporation<br>PO Box 886133<br>Los Angeles, CA 90088-6133 | Sex Offender File | | 1,500.00 |
| Flathead Electric Coop., Inc.<br>2510 Hwy. 2 East<br>Kalispell, MT 59901 | Flathead Electric Coop., Inc.<br>2510 Hwy. 2 East<br>Kalispell, MT 59901 | Utilities | | 4,288.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Greencook Services, LLC**                                    Case No.   **13-20846**
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Grizzly Security Armored Express, Inc. PO Box 1682 Kalispell, MT 59903-1682 | Grizzly Security Armored Express, Inc. PO Box 1682 Kalispell, MT 59903-1682 | Building Security | | 884.00 |
| LC Staffing PO Box 1736 Kalispell, MT 59903 | LC Staffing PO Box 1736 Kalispell, MT 59903 | Temp position | | 1,690.14 |
| LexisNexis Risk Data Management Account #1485104 PO Box 7247-6157 Philadelphia, PA 19170-6157 | LexisNexis Risk Data Management Account #1485104 PO Box 7247-6157 Philadelphia, PA 19170-6157 | Monthly/Accurint | | 22,262.96 |
| Microsoft Online 955 Dalton Av Cincinnati, OH 45203 | Microsoft Online 955 Dalton Av Cincinnati, OH 45203 | Online access | | 496.00 |
| Montana Digital 102 Main St. Kalispell, MT 59903-0609 | Montana Digital 102 Main St. Kalispell, MT 59903-0609 | Internet | | 5,905.00 |
| Nighthawk Investigations PO Box 852968 Mesquite, TX 75185 | Nighthawk Investigations PO Box 852968 Mesquite, TX 75185 | Data Provider/Locate | | 10,664.03 |
| Pia R. Eaves E-C Clean Janitorial 558 Saddlewood Dr Kalispell, MT 59901 | Pia R. Eaves E-C Clean Janitorial 558 Saddlewood Dr Kalispell, MT 59901 | Janitorial | | 1,832.00 |
| United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577 | United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577 | Shipping | | 581.04 |
| Verizon Wireless PO Box 4001 Inglewood, CA 90313-4001 | Verizon Wireless PO Box 4001 Inglewood, CA 90313-4001 | Company cell phones | | 895.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 23, 2013**                              Signature   **/s/ E. Desiree Asher**
                                                                                **E. Desiree Asher**
                                                                                **Sole Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.