UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                          Case No. 13-20846-PGH
                                                Chapter 11
GREENCOOK SERVICES, LLC,

        Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1, the Debtor-in-Possession, GREENCOOK SERVICES, LLC, ("Debtor") files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): May 9, 2013.

2. Names, case numbers and dates of filing of related debtors:

    TLO, LLC, Case No. 13-208553, May 9, 2013.

3. Description of debtor's business: The Debtor is an Ohio limited liability company which provides risk management, due diligence and fraud prevention information and investigative technology products and solutions to public and private sector industries. The Debtor offers information products and services to many of the nation's investigators, collection agencies, attorneys, financial institutions, corporate security departments, insurance companies, governmental agencies and law enforcement agencies.

4. Locations of debtor's operations and whether the business premises are leased or owned:

    4530 Conference Way, South, Boca Raton, FL 33431 and
    220 South Complex Drive Kalispell, MT.

    Leased____X_____                    Owned_____

5. Reasons for filing chapter 11: Financial restructuring following untimely death of founder and majority owners of parent company, TLO, LLC earlier this year.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

| OFFICER/DIRECTOR: | MO. SALARY: | AMT SALARY/BENEFITS PAST YEAR: |
|---|---|---|
| E. Desiree Asher, Sole Manager | $0 | $0 |

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

| GROSS INCOME - YEAR TO DATE: | GROSS INCOME PRIOR YEAR: |
|---|---|
| $766,211.50 | $2,856,171.19 |

8. Amounts owed to various creditors:

a. Obligations owed to priority creditors including priority tax obligations:

IRS: None.

SALES TAX: None.

PAYROLL TAX: None.

PROPERTY TAX: None.

OTHER TAXES: None.

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

| CREDITOR: | AMT CLAIM | COLLATERAL VALUE |
|---|---|---|
| 1. Alliance Funding Group, Inc. | $19,009.20 | $0 (lease) |
| 2. Brocade Capital Solutions | $101,635.58 | $0 (lease) |
| 3. Dell Financial | $34,612.54 | $0 (lease) |
| 4. Microsoft | $291,958.70 | $158,834.00 |
| 5. VAR Resources | $1,774.58 | $0 (lease) |
| 6. VAR Resources | $1,784.50 | $0 (lease) |
| 7. VAR Resources | $2,005.08 | $0 (lease) |
| 8. VAR Resources | $49,997.83 | $70,938.00 |

| | | |
|---|---|---|
| 9. Western Equipment Finance | $4,858.31 | $0 (lease) |
| 10. VAR Resources | $49,997.83 | $0 (lease) |

c.  Amount of unsecured claims:    $173,162.85

9.  General description and approximate value of the debtor's assets: Cash $131,775.04; Accounts Receivable $135,840.30; Computer Equipment NBV $522,886.87 and Software NBV $168,346.92.

10.  List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: Please see attached Exhibit "A".

11.  Number of employees and amounts of wages owed as of petition date:

   Number of Employees: None.
   Pre-petition Wages Owed: None.

12.  Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

   Are payroll taxes current? Yes. If not, amount outstanding, time period outstanding: N/A.

13.  Anticipated emergency relief to be requested within 14 days from the petition date: Utility Motion.

GREENCOOK SERVICES, LLC

By _____
E. Desiree Asher, Sole Manager

**CERTIFICATE OF SERVICE**

I certify that a true copy of this summary was served on all parties of record on in the manner and on the date reflected in the service list which accompanied the filing of this document.

>    FURR AND COHEN, P.A.
>    Attorney for Chapter 11 Debtor
>    2255 Glades Road
>    One Boca Place, Suite 337W
>    Boca Raton, FL 33431
>    (561) 395-0500
>    (561) 338-7532-fax
>
>    By: /s/ Alvin S. Goldstein
>    Alvin S. Goldstein
>    Florida Bar No. 993621
>    E-MAIL agoldstein@furrcohen.com

H:\LIBRARY\BANKRUPTCY\Greencook Services LLC 13-110\PLD\Case Management Summary.doc

- 4 -

| | | |
|---|---|---|
| Greencook Services, LLC<br>4530 Conference Way South<br>Boca Raton, FL 33431 | Accurint<br>Lexis Nexis<br>PO Box 7247-6157<br>Philadelphia PA 19170-6157 | ACA International<br>PO Box 390106<br>Minneapolis, MN 55439-0106 |
| Axosoft, LLC<br>138335 N. Northsight Blvd. #205<br>Scottsdale, AZ 85260 | Bresnan Communications<br>PO Box 650364<br>Dallas, TX 75265-0364 | Clearfly Communications<br>PO Box 77706<br>San Francisco, CA 94107 |
| Centurylink<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | Citrix Online, LLC<br>File 50264<br>Los Angeles, CA 90074-4300 | Collection Advisor, LLC<br>400 Ginger Ct.<br>Southlake, TX 76092 |
| Experian<br>PO Box 881971<br>Los Angeles, CA 90088-1971 | Microsoft Online<br>955 Dalton Av.<br>Cincinnati, OH 45203 | Flathead Electric Coop., Inc.<br>2510 Hwy. 2 East<br>Kalispell, MT 59901 |
| Grizzly Security Armored Express, Inc.<br>PO Box 1682<br>Kalispell, MT 59903-1682 | LC Staffing<br>PO Box 1736<br>Kalispell, MT 59903 | LexisNexis Risk Data Management<br>PO Box 7247-6157<br>Account #1485104<br>Philadelphia, PA 19170-6157 |
| Montana Digital<br>102 Main St.<br>Kalispell, MT 59903-0609 | Nighthawk Investigations<br>PO Box 852968<br>Mesquite, TX 75185 | Pia R. Eaves<br>E-C Clean Janitorial<br>558 Saddlewood Dr.<br>Kalispell, MT 59901 |
| United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | Verizon Wireless<br>PO Box 4001<br>Inglewood, CA 90313-4001 | |

# TLO, LLC and Subsidiaries
# Insurance Summary

March 15, 2013

Policy Type: General Liability w/Hired & Non-Owned Auto Liability,
Umbrella Commercial Property Coverage, Crime, Technology &
Professional Liability Coverage,

**General Liability w/Hired & Non-Owned Auto Liability - American Zurich Insurance Co.**

$1M Occurrence
$2M General Aggregate
$2M Products & Completed Operations Aggregate
$1M Personal Injury & Advertising Injury
$300K Damage to Premises Rented to You
$10K Medical Expenses
$1M Each Claim/ $2M Aggregate - Employee Benefits Liability
$1M Hired Auto Liability
$1M Non-Owned Auto Liability

**Premise & Operations Liability** – Coverage is provided for damages arising out of ownership or occupancy of the insured premises when maintained in a reasonable manner. This also covers damages arising out of operations performed by the insured business.

**Products & Completed Operations Liability** – Products coverage is provided for damages arising out of products manufactured, sold, handled or distributed by the insured. Completed Operations covers damages occurring after operations have been completed or abandoned, or after an item is installed or built and released for its intended purpose.

**Personal Injury** – Personal Injury means injury other than bodily injury. Coverage is provided for injury resulting from offenses such as false arrest, malicious prosecution, detention or imprisonment, the wrongful entry into, wrongful eviction from and other acts of invasion or rights of private occupancy of a room. Coverage for libel and slander is also provided in the policy.

**Advertising Injury** – This coverage pays for damages done in the course or oral or written advertisement that disparages, libels or slanders a person's or organization's goods, products or services. Coverage for these offenses is provided under advertising injury coverage only if they occur during the course of advertising the named insured's own goods, products or services.

**Medical Payments** – Medical Payments coverage pays medical expenses resulting from bodily injury caused by an accident on premises owned or rented by the insured, or locations next to such property, or when caused by the insured's operations. These payments are made without regard to the liability of the insured.

**Damage to Premises Leased/Rented to You** – This damage limit provides coverage for fire damage caused by negligence on the part of the insured to premises rented to the named insured. If a fire occurs because of negligence of the insured and causes damage to property not rented to the insured, coverage would be provided under the occurrence limit.

**Contractual Liability** – Extends your coverage to liability assumed under contract, applies to both oral and written agreements relating to the named insured's business.

EXHIBIT "A"

**Host Liquor Liability** – Covers your exposure for serving liquor to clients or employees at company parties. Applies only to firms not engaged in business of selling or serving alcoholic beverages.

**Broad Form Property Damage Coverage** – Intended for firms, which perform work or services, rather than sell or produce products.

**Additional Insured as Required by Written Contract** – The person(s) or organization(s) are additional insures when you have agreed in a written contract, written agreement or because of a permit issued by a state or political subdivision, that such person or organization be added as an additional insured on your policy, provided the injury or damage occurs subsequent to the execution of the contract or agreement or the issuance of the permit.

**Hired Auto Liability** – Covers the liability for the use of hired automobiles in your business.

**Non-Owned Auto Liability** – Covers the liability for the use on non-owned automobiles in your business. An example would be an employee using his/her own car on an errand for you.

## Umbrella – American Guarantee & Liability Insurance Co.

$10M Each Occurrence
$10M General Aggregate
$10M Products/Completed Operations Aggregate

**Insuring Agreement** – We will pay those sums that the "insured" becomes legally obligated to pay as "damages" in excess of the "underlying insurance" or of the "self-insured retention" when no "underlying insurance" applies because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies caused by an "occurrence".

## Commercial Property – Zurich American Insurance Co.

Real and Personal Property - $25,332,523
Business Income - $7,659,991
Extra Expense - $1,000,000

**Real Property means** – buildings, permanent structures, equipment and apparatus used to maintain or service the buildings, structures, or their premises or reported unscheduled premises and materials, equipment, supplies and temporary structures used for making additions, alterations, or repairs to the buildings or permanent structures.

**Personal Property means** – your personal property, your employees personal property, personal property of others in your care, custody or control, the value of labor, materials or services furnished or arranged by you on personal property of others, your interest in improvements and betterments to buildings or structures and glass which, as a tenant, you are required to insure.

## Crime

Employee Theft - $1,000,000
Forgery or Alteration - $1,000,000
On Premises (Inside Money or Securities) - $1,000,000
In Transit (Outside Money or Securities) - $1,000,000
Computer Fraud - $1,000,000
Funds Transfer Fraud - $1,000,000
Money Orders and Counterfeit Money - $1,000,000

**Employee Theft** – Coverage is provided for dishonest acts of employees of the named insured only. Coverage insures against loss of money, securities and property other than money and securities.

**Forgery or Alteration** – Coverage for loss by forgery or alteration of checks, drafts and promissory notes that are made or drawn by the insured or his agent.

### Workers Comp – The Hartford

Workers Comp and Employers' Liability - $1,000,000

### Technology & Professional Liability Coverage - Travelers Insurance Co.

| | |
|---|---|
| General Aggregate | $10,000,000 |
| Each Wrongful Act | $10,000,000 |
| Security Breach Notification Expense Limit | $1,000,000 |
| Crisis Management Services Expense Limit | $250,000 |
| Business Interruption & Add'l Expenses | $250,000 |
| Extortion Expense Limit | $1,000,000 |

**Errors and Omissions Liability Protection** – coverage not limited to specific products or work. Covers loss arising out of your products provided to others or your work provided or preformed for others that is caused by an error, omission or negligent act.

Damages means any sums any insured is legally obligated to pay as compensatory damages imposed by law or consequential damages for breach of a contract or agreement to provide your products to others or to provide or perform your work for others.

**Network and Security Liability Protection** – Coverage for the following wrongful acts committed by or on behalf of an insured in the conduct of your business.
Failure to prevent the transmission of a computer virus.
Failure to provide any authorized user of your website or your computer or communications network with access to such websites or such computer or communication network.
Failure to prevent unauthorized access to, or use of, electronic data containing private or confidential information of others.

**Communications and Media Liability Protection** - Coverage for the following wrongful acts committed by or on behalf of an insured in the conduct of your business.
Unauthorized use of any advertising material, or any slogan, or title, of others in the advertising of the business, premises, products, services, work, or completed work of others.
Infringement of copyright, title, slogan, trademark, trade name, trade dress, service mark, or service name in your covered material.
Plagiarism or unauthorized use of a literary or artistic format, character, or performance in your covered material.